**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM**

FILED
DISTRICT COURT OF GUAM
FEB 22 2005
MARY L.M. MORAN
CLERK OF COURT

Frankie F. Camacho, #80354-011
(Plaintiff or Petitioner)

v.

Guam Territory, et. al.,

(Defendant(s) or Respondent(s))

DECLARATION AND REQUEST TO
PROCEED IN FORMA PAUPERIS

05-00007

I, _____Frankie F. Camacho_____, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

1. Are you presently employed? Yes _X_ No ___

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
    _Prison Job earning approx. $100.00 mthly._

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
    _n/a_

2. List anyone who helps support you or shares support in any way and describe the type and amount of support for the last 12 months. [If no one, write "No One."]
    _Family send funds sporadically for necessities._
    _See attached print-out of prison account._

3. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ___ No _X_
    b. Rent payments, interest or dividends?              Yes ___ No _X_
    c. Pensions, annuities or life insurance payments?    Yes ___ No _X_
    d. Gifts or inheritances?                             Yes ___ No _X_
    e. Any other sources?                                 Yes _X_ No ___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

Family send small amounts for hygein and needs.

3. Do you own any cash, or do you have money in a checking, savings or any other kind of account other than a prison account? Yes ___ No _X_ If the answer is yes, describe the account, its location, and the total value of each account.

N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No _X_ If the answer is yes, describe the property and state its approximate value. (Separately list all jewelry valued at over $50.00.)

N/A

5. List persons who are dependent upon you for support, state your relationship to those persons and indicate how much you actually contributed toward their support for the last 12 months. None

## FOR PRISONERS ONLY

6. Name: Frankie F. Camacho.
Name under which convicted if different: Same.
Date of birth: 1-13-64.
My Prison Number is: 80354-011.
Address of current place of incarceration: U.S. Penitentiary P.O. Box 150160, Atlanta, GA 30315.
The total deposits to my Trust Account for the last 6 months are / 857.32.[1]
The present balance of my Trust Account is: $50.00.

I declare under penalty of perjury that all of the foregoing is complete, true and correct.

Feb 14, 05
(Date)

/s/ Frankie T. Camacho
(Signature of Plaintiff or Petitioner)

---

[1] If you have been in more than one institution in the last six months and are unable to accurately determine deposits in prior institutions, provide the Court with your best good faith estimate. The Court will, at a later date, get the ledger cards from those prior institutions and make any needed corrections.

Case 1:05-cv-00007    Document 2    Filed 02/22/2005    Page 2 of 4

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 80354011 | Current Institution: | Atlanta USP |
| Inmate Name: | CAMACHO, FRANKIE | Housing Unit: | D UNIT |
| Report Date: | 02/14/2005 | Living Quarters: | D01-116U |
| Report Time: | 3:28:40 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5461 |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 9/19/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 2/14/2005 10:53:01 AM |
| Account Status: | Active |
| ITS Balance: | $9.45 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $50.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $50.00 |
| National 6 Months Deposits: | $1,857.32 |
| National 6 Months Withdrawals: | $2,055.20 |
| National 6 Months Avg Daily Balance: | $226.30 |
| Local Max. Balance - Prev. 30 Days: | $411.75 |
| Average Balance - Prev. 30 Days: | $218.60 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $414.70
Last Sales Date: 2/9/2005 5:26:58 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: