UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM TERRITORY




FILED
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT

Frankie T. Camacho,
    Plaintiff,

vs.

Guam Territory; Guam
Dept. of Corrections;
Mike Quinata; Guam
Parole Commissioner;
Gil Quinata,
    Defendants.

**Civil # CV-05-00007**

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL/AMENDED COMPLAINT

Comes now, Frankie T. Camacho, the pro se plaintiff in the above-styled lawsuit and moves under Rule 15(a)&(d) and Rule 19 (a), F.R. Civ. P., to amend/supplement his previously filed complaint. "Amended Complaint" filed herewith this motion.

1. Events have occured since the filing of original complaint that necessitate supplementing this action for just adjudication to include additional defendants Linda CHARSAUROS Robert D. CAMACHO, and JANE and JOHN DOES.

2. Plaintiff has most recently ascertained and discovered material facts that are relavant to this lawsuit and which justify amendment.

1

3. The defendants have not filed an answer to Plaintiff's lawsuit and therefore no prejudice to defendants will be effected.

4. The Courts should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178 (1962).

Respectfully prayed for this **16** day of **MAY** 2005.

/s/ *Frankie T. Camacho*
Frankie T. Camacho
Plaintiff, Pro Se