

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM TERRITORY

Frankie T. Camacho,
    Plaintiff,

vs.

Guam Territory; Guam
Dept. of Corrections;
Mike Quinata; Guam
Parole Commissioner;
Gil Quinata,
    Defendants.

Civil # CV-05-00007



## MOTION REQUESTING CLASS ACTION STATUS

    Comes now, Frankie T. Camacho, and the undersigned similarly situated Guam prisoners housed in the U.S. Bureau of Prisons, requesting leave to have this case designated as a class action complaint under Rule 23, F.R.Civ.P,

    The reasons for class action status is because (1) the class of Guam prisoners in U.S. prisons is to numerous that joinder is impracticable (2) there are questions of law or fact common to the class (3) the claims and defences of the parties are typical of the claims and/or defences of the class, and (4) the representative parties will fairly and adaquately protect the interest of

1

class by having court appointed counsel represent them or effectively litigate issues pro se.

Respectfully prayed for this 16 day of may 2005.

/s/ *Frankie T. Camacho*
Frankie T. Camacho
Lead Plaintiff, Pro se

Date: 5/16/05

/s/ *Romeo Marquez*
Romeo Marquez
#80534-011
Proposed Class Plaintiff

Date: _____

/s/ _____

Proposed Class Plaintiff

2