# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

Frankie T. Camacho,

             Plaintiff,

    vs.

Guam Territory, et al.,

             Defendants.

Case No. 1:05-cv-00007

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Complaint - Civil Rights Act, Title 42 Section 1983 U.S. Code filed February 22, 2005; Declaration filed February 22, 2005; Request to Proceed in Forma Pauperis, filed February 22, 2005; Affidavit in Support of Request to Proceed in Forma Pauperis, Authorized Withdrawal Form, Certified Affidavit of Inmate Account Status, filed February 22, 2005; Motion for Leave to File Supplemental/Amended Complaint filed May 24, 2005; Amended Complaint filed May 24, 2005; and Motion Requesting Class Action Status filed May 24, 2005* on the dates indicated below:

*Office of the Attorney General*
*9/19/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Complaint - Civil Rights Act, Title 42 Section 1983 U.S. Code filed February 22, 2005; Declaration filed February 22, 2005; Request to Proceed in Forma Pauperis, filed February 22, 2005; Affidavit in Support of Request to Proceed in Forma Pauperis, Authorized Withdrawal Form, Certified Affidavit of Inmate Account Status, filed February 22, 2005; Motion for Leave to File Supplemental/Amended Complaint filed May 24, 2005; Amended Complaint filed May 24, 2005; and Motion Requesting Class Action Status filed May 24, 2005.*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 20, 2005

/s/ Shirlene A. Ishizu
Deputy Clerk