
**FILED**
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| FRANKIE T. CAMACHO,<br><br>    Plaintiff,<br><br>vs.<br><br>GUAM TERRITORY, et. al.<br><br>    Defendants. | Civil Case No. 05-00007<br><br>**ORDER**<br><br>Regarding Petitioner's:<br><br>Request to Proceed *In Forma Pauperis*,<br>Request to Amend Complaint, and<br>Request for Class Action Status |

This matter comes before the Court on Plaintiff Frankie T. Camacho's ("Camacho") requests as follows: to proceed *in forma pauperis,* to amend his complaint and to grant class action status.

## REQUEST TO PROCEED *IN FORMA PAUPERIS*

Camacho's application for permission to proceed *in forma pauperis* is CONDITIONALLY GRANTED pending review of Camacho's trust account information. A copy of this order, Camacho's Consent Form, Instructions for Filing Certificate of Funds and Prisoner's Trust Account Statements, and a Certificate of Funds Form shall be sent by the docket clerk to the prison trust account office where Camacho is presently incarcerated. A copy of this order shall also be sent to all parties involved in this action.

It is now the sole responsibility of the prison to file with the Court, within 30 days of the date of this order, all required information regarding Camacho's trust account for the six month period immediately preceding February 22, 2005, the date of the filing of Camacho's complaint

**ORIGINAL**

in this Court. Failure of the prison to comply with the instructions of this Court will not adversely affect Camacho's complaint but will delay its resolution.

After submission of the trust fund information, the Court will determine if Camacho has sufficient funds to pay the filing fee in one payment or in numerous payments and the amount of the initial and subsequent payments.

## REQUEST TO AMEND COMPLAINT

Camacho filed a "Motion for Leave to File Supplemental/Amended Complaint" and an "Amended Complaint" on May 24, 2005. Upon review of Camacho's pleading, it appears that Camacho intends the Amended Complaint to supplement his original complaint filed on February 22, 2005.

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Court may grant leave to amend "freely""when justice so requires." Factors guiding a court's determination of whether to grant a motion to amend are: (1) undue delay; (2) bad faith; (3) futility of amendment; and (4) prejudice to the defendants. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1482 (9th Cir. 1997). Camacho has not exhibited undue delay or bad faith. Further amendment may not be futile, nor would it prejudice the opposing parties, who have not all been served.

Accordingly, Camacho's Motion for Leave to Amend is GRANTED. The Amended Complaint is dismissed with leave to amend. Camacho shall submit a Second Amended Complaint within 30 days of the date this Order is filed. The Second Amended Complaint must be retyped or rewritten in its entirety and may not incorporate any part of the original Complaint or Amended Complaint by reference. Any Second Amended Complaint submitted by Plaintiff should be clearly designated as such on the face of the document. Camacho should take notice that all causes of action alleged in a complaint which are not alleged in an amended complaint are waived. *Hal Roach Studios v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990).[1]

The Clerk of Court is directed to enter a judgment of dismissal without prejudice and without further notice to Camacho, if Camacho fails to file a Second Amended Complaint within 30 days from the date this Order is entered.

---

[1] The Court notes that any newly named defendants should be included in the caption as well as in the body of the complaint.

### REQUEST FOR CLASS ACTION STATUS

Since Camacho has been granted leave to amend his complaint, the Court is unable to find that the criteria of Rule 23(a) and (b) of the Federal Rules of Criminal Procedure have been met. Accordingly, Camacho's request for class action status is DENIED.

### WARNING OF POSSIBLE DISMISSAL

Camacho should take notice that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Ferdik v. Bonzelet*, 963 F2d. 1258, 1260-61 (9th Cir.)(district court may dismiss action for failure to comply with any order of the Court), *cert. denied*, 506 U.S. 915 (1992).

**IT IS SO ORDERED** this 26 day of September, 2005.

_____
Lloyd D. George
United States District Judge

---

* The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.