# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Frankie T. Camacho, | Case No. 1:05-cv-00007 |
| Plaintiff, | |
| vs. | |
| Guam Territory, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Order conditionally granting Request to Proceed in Forma Pauperis filed September 28, 2005,* on the dates indicated below:

*Office of the Attorney General*
*9/29/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order conditionally granting Request to Proceed in Forma Pauperis filed September 28, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005                    /s/ Shirlene A. Ishizu
                                                              Deputy Clerk