# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Frankie T. Camacho,** | |
| Plaintiff, | |
| vs. | **Case No: 1:05-cv-00007** |
| **Guam Territory, et al.,** | |
| Defendants. | |

The following individual was served by first class mail on October 3, 2005:

> *Warden, U.S. Penitentiary*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Order conditionally granting Request to Proceed in Forma Pauperis filed September 28, 2005; Affidavit in Support of Request to Proceed in Forma Pauperis, Authorized Withdrawal Form, Certified Affidavit of Inmate Account Status filed February 22, 2005; Instructions for Filing Certificate of Funds and Prisoner's Trust Account Statements; and Certificate of Funds Prison Trust Account*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 4, 2005               /s/ Shirlene A. Ishizu
                                        Deputy Clerk