# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Frankie T. Camacho,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Guam Territory, et al.,<br><br>　　　　　Defendants. | Case No. 1:05-cv-00007<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Motion for Enlargement of Time to File Amended Complaint filed October 24, 2005* on the dates indicated below:

*Attorney General of Guam*
*Civil Division*
*October 26, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

*Motion for Enlargement of Time to File Amended Complaint filed October 24, 2005*

was served on the above listed entity in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005　　　　　　　　　　　　　/s/ Renee M. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk