# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Frankie T. Camacho,** | |
| Plaintiff, | |
| vs. | **Case No: 1:05-cv-00007** |
| **Guam Territory, et al.,** | |
| Defendants. | |

The following individual was served by first class mail on October 26, 2005:
Frankie T. Camacho
Reg No. 80354-011
U.S. Penitentiary
P.O. Box 150160
Atlanta, GA 30315

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Motion for Enlargement of Time to File Amended Complaint filed October 24, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005                                           /s/ Renee M. Martinez
                                                                              Deputy Clerk