# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Frankie T. Camacho,** | |
| Plaintiff, | |
| vs. | **Case No: 1:05-cv-00007** |
| **Guam Territory, et al.,** | |
| Defendants. | |

The following individual was served by first class mail on November 10, 2005:

**Frankie T. Camacho**
#80354-011
U. S. PENITENTIARY
P.O. BOX 150160
ATLANTA, GA 30315

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Order granting Motion for Extension of Time to File Amended Complaint filed November 9, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 10, 2005              /s/ Renee M. Martinez
                                                            Deputy Clerk