# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Frankie T. Camacho,  | Civil Case No. 1:05-cv-00007 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| Guam Territory, et al., | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order filed March 7, 2006.

Dated this 7th day of March, 2006, Hagatna, Guam.

> **/s/ Mary L.M. Moran**
> Clerk of Court