GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Frankie T. Camacho,<br><br>    Plaintiff,<br><br>vs.<br><br>Guam Territory, et al.,<br><br>    Defendants. | Case No. 1:05-cv-00007 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following orders:

Order re dismissing case for failure to state a claim filed March 7, 2006
Notice of Entry: March 7, 2006

Judgment filed March 7, 2006
Notice of Entry: March 7, 2006

The original orders are on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** March 7, 2006              Clerk of Court
                                     **/s/ Mary L.M. Moran**