# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Frankie T. Camacho,<br><br>    Plaintiff,<br><br>  vs.<br><br>Guam Territory, et al.,<br><br>    Defendants. | Case No. 1:05-cv-00007<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order, Judgment, and Notice of Entry filed March 7, 2006, on the dates indicated below:

Office of the Attorney General
March 10, 2006

The following individual was served by first class mail on March 10, 2006:

 Frankie T. Camacho
 U.S. Penitentiary
 P.O. Box 150160
 Atlanta, GA 30315

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order, Judgment, and Notice of Entry

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 10, 2006              /s/ Renee M. Martinez
                              Deputy Clerk